# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No. 25-11306 |
| Melissa Huelsman, | EX PARTE Order Approving |
| Debtor. | Motion to Employ Real Estate Broker |

THIS MATTER having come before the above-signed Bankruptcy Judge, and the Court having considered the Debtor's motion to employ Forrest Moody of Redfin Corp, the Court does hereby ORDER:

1. The Debtor's Motion to Employ is granted;

2. That Forrest Moody of Redfin Corp is employed in the above referenced chapter 13 case as the real estate broker to sell the real property located at 7525 28th Ave SW, Seattle, WA 98126; and

3. The sale of the property and any payment of compensation to the real estate broker is subject to Court approval after a motion and hearing with proper notice to all parties.

//End of Order//

Presented By:

Order

**WASHINGTON LAW GROUP, PLLC**
16000 CHRISTENSEN RD #304B
TUKWILA, WA 98188
TELEPHONE (206) 686-6054 ◆ FACSIMILE (206) 400-7919

| | |
|---|---|
| 1 | |
| 2 | /s/Erin Lane<br>Erin Lane WSBA 42504 |
| 3 | Attorney for Debtor |
| 4 | |
| 5 | NO OBJECTION |
| 6 | /s/ Alan Yang |
| 7 | Alan Yang, WSBA #62891 |
| 8 | Staff Attorney for the Chapter 13 Trustee |

Order

**WASHINGTON LAW GROUP, PLLC**
16000 CHRISTENSEN RD #304B
TUKWILA, WA 98188
TELEPHONE (206) 686-6054 ◆ FACSIMILE (206) 400-7919