The Honorable Timothy W. Dore
Chapter 13
Hearing Date: July 16, 2025
Hearing Time: 9:30 AM
Location: United States Bankruptcy Court
    Courtroom 8106
    700 Stewart Street. 8th Floor
    Seattle, WA 98101
Response date: July 16, 2025 order shortening time

UNITED STATES BANKRUPTCY COURT
FOR DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| In re: | Case No.: 25-11306-TWD |
|---|---|
| MELISSA HUELSMAN, | CHAPTER 13 |
| Debtor, | INTERESTED PARTY POMAIKAI, LLC'S RESPONSE OPPOSING ASSIGNMENT OF REDEMPTION AND SALE OF PROPERTY |

Comes now Pomaikai, LLC, through its attorneys Seth Goodstein and ROI Law Firm, PLLC. Pomaikai is the purchaser of the property located at 7525 28th Ave SW, Seattle, WA 98126 ("Premises") at a duly conducted, confirmed, sheriff's sale, respectfully submits this response in opposition to the Debtor's pending Motion to Approve Sale of Real Property and Motion to Approve Assignment of Redemption Rights.

POMAIKAI, LLC RESPONSE RE STAY AND
ASSIGNMENT - 1

ROI LAW FIRM pllc
1302 North I Street, Ste. C
Tacoma, WA 98403
Tel: (253) 753-1530
Fax: (253) 753-1532

Case 25-11306-TWD   Doc 54   Filed 07/15/25   Ent. 07/15/25 16:40:53   Pg. 1 of 7

Both motions to assign and sell are moot because the statutory redemption period—as extended under 11 U.S.C. § 108(b)—expired on July 14, 2025, without redemption having occurred. This fully vested Pomaikai, LLC with non-defeasible title to the property and mandates immediate issuance of the sheriff's deed to Pomaikai, LLC. Since redemption is strictly and uniformly enforced, there is no need to inquire further.

On July 11, the Debtor and Pomaikai entered into and filed a stipulated order so that Pomaikai, LLC can finalize the sale on or after July 15, 2025. This order reflects the legal finality of redemption and the sale to Pomaikai.

To the extent the Court is holding the hearing to see if Pomaikai, LLC would like to authorize the assignment and sale by agreement Pomaikai respectfully declines.

## II. BACKGROUND FACTS

1. **Foreclosure and Sale**

A Judgment and Decree of Foreclosure was entered against the Premises in King County Superior Court Case No. 23-2-00469-8 SEA. A sheriff's sale was held on April 5, 2024, at which Pomaikai, LLC was the successful bidder. The Court entered a confirmation of sale and disbursement order on June 18, 2024.

2. **Redemption Period and Extensions**

All Parties agree that Debtor filed this Chapter 13 on May 14, 2025, the last day of redemption, triggering the further 60-day extension under 11 U.S.C. § 108(b). Thus, the final redemption deadline became Monday, July 14, 2025.

POMAIKAI, LLC RESPONSE RE STAY AND ASSIGNMENT - 2

ROI LAW FIRM pllc
1302 North I Street, Ste. C
Tacoma, WA 98403
Tel: (253) 753-1530
Fax: (253) 753-1532

Case 25-11306-TWD    Doc 54    Filed 07/15/25    Ent. 07/15/25 16:40:53    Pg. 2 of 7

3. **Redemption Did Not Occur**

Neither the Debtor, nor anyone working with the Debtor, tendered the redemption price to the King County Sheriff by July 14, 2025.

4. **Legal Finality of Sale**

The redemption has expired and title is final. Pomaikai, LLC is entitled to its Sheriff's Deed under RCW 6.21.120, having paid $505,000 at the confirmed sale and with the Debtor's opportunity to redeem extinguished.

5. **Relief from Stay Filed and Resolved by Agreement**

On June 25, 2025, Pomaikai, LLC filed a Motion for Relief from Stay scheduled for hearing on July 16, 2025, after the redemption period expired, seeking leave to finalize the sale if the Premises had not been redeemed. Ecf. No. 18. A response was received and the hearing was confirmed, both timely. Ecf. No. 31 & Dkt. The Debtor and Pomaikai later stipulated to relief from stay and uploaded an agreed order to that effect. Ecf. No. 32 & Dkt. In reliance on the agreement, the Court struck the hearing on relief from stay. Dkt.

### III. LEGAL ARGUMENT

The Debtor's motions to assign and sell must be denied as moot because redemption rights are extinguished. Under RCW §§ 6.23.010 and 6.23.020, redemption must occur strictly within the statutory period. The assignment of redemption is further subject to strict requirements and the Washington State real estate statute of frauds. *Fidelity Mut. Sav. Bank v. Mark*, 112 Wash. 2d 47, 53, 767 P.2d 1382 (1989), cases cited. See also RCW §§ 6.23.080(2)(b) & 64.040.010. The sale has already been confirmed, and the purchaser's rights are now vested and a deed shall issue "immediately" upon expiration of redemption. RCW § 6.21.120 & *In re*

POMAIKAI, LLC RESPONSE RE STAY AND
ASSIGNMENT - 3

ROI LAW FIRM pllc
1302 North I Street, Ste. C
Tacoma, WA 98403
Tel: (253 753-1530
Fax: (253 753-1532

Case 25-11306-TWD    Doc 54    Filed 07/15/25    Ent. 07/15/25 16:40:53    Pg. 3 of 7

*Sharp*, 666 B.R. at 917–18 (B.A.P. 2025). "Shall" denotes a mandatory outcome. Courts lack discretion in this context: "At best, such debtors may extend the time to redeem their property for 60 days under § 108(b)." *In re Sharp*, 666 B.R. at 922. *Sharp* "agree[d] with [In re Richter, 525 B.R. 735, 749 (Bankr. C.D. Cal. 2015)] and adopt[ed] its reasoning to dispose of the instant appeal". *Richter* holds that redemption (and, logically, assignment of redemption rights) must be completed within the strict time limits set by statute. 666 B.R. at 917.

## IV. CONCLUSION

Because the redemption period expired without actual or legally effective redemption, Debtor's motions are moot and should be denied. The court should:

1. Deny the Motion to Approve Sale of Real Property;
2. Deny the Motion to Approve Assignment of Redemption Rights;
3. Sign the Agreed order on relief from stay.

DATED this  25th  day of June, 2025.

**ROI LAW FIRM, PLLC**

By:    /s/ Seth Goodstein
Seth Goodstein, WSBA # 45091
ROI Law Firm, PLLC
1302 North I Street
Tacoma, WA 98403
Telephone: 253-753-1530
Fax: 253-753-1532
*Attorneys for Pomaikai, LLC*

POMAIKAI, LLC RESPONSE RE STAY AND ASSIGNMENT - 4

**ROI LAW FIRM pllc**
1302 North I Street, Ste. C
Tacoma, WA 98403
Tel:   (253) 753-1530
Fax:  (253) 753-1532

Case 25-11306-TWD    Doc 54    Filed 07/15/25    Ent. 07/15/25 16:40:53    Pg. 4 of 7

# Certificate of Service

I served the foregoing Response, Proposed Order Denying Assignment and Proposed Order Denying Sale on the following individuals by electronic means through the Court's ECF program, the mailing matrix is attached:

Trustee:
Jason Wilson-Aguilar
US Trustee
Debtor
ECF Participants

And by US Mail, postage prepaid to:
Melissa Huelsman
7525 28TH AVE SW, SEATTLE, WA 98126

All additional Mailing Matrix opt-out parties, if any.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this  15th  day of July, 2025 at Tacoma, Washington.

                                           **ROI LAW FIRM, PLLC**

                                           */s/ Seth Goodstein*
                                           Seth Goodstein

POMAIKAI, LLC RESPONSE RE STAY AND ASSIGNMENT - 5

**ROI LAW FIRM pllc**
1302 North I Street, Ste. C
Tacoma, WA 98403
Tel: (253) 753-1530
Fax: (253) 753-1532

Case 25-11306-TWD    Doc 54    Filed 07/15/25    Ent. 07/15/25 16:40:53    Pg. 5 of 7

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0981-2<br>Case 25-11306-TWD<br>Western District of Washington<br>Seattle<br>Tue Jul 15 16:14:18 PDT 2025 | BANK OF AMERICA<br>PO BOX 982238<br>EL PASO, TX 79998-2238 | CAPITAL ONE BANK USA<br>PO BOX 31293<br>SALT LAKE CITY, UT 84131-0293 |
| CITICARDS CBNA<br>PO BOX 6190<br>SIOUX FALLS, SD 57117-6190 | Citibank N.A.<br>Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD 57108-5027 | Kyle A Forsyth<br>US Attorney's Office - WDWA<br>700 Stewart St, Ste 5220<br>Seattle, WA 98101-4438 |
| Seth Goodstein<br>ROI Law Firm, PLLC<br>1302 North I Street, Ste. C<br>Tacoma, WA 98403-2143 | Melissa Huelsman<br>7525 28th Ave SW<br>Seattle, WA 98126-3314 | Internal Revenue Service<br>central insolvency operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, Texas 75001-9013 | King County Sheriff<br>516 3rd Ave W - 116<br>Seattle, WA 98119 | Erin Lane<br>Washington Law Group<br>16000 Christensen Rd<br>Suite 304<br>Tukwila, WA 98188-2967 |
| MACYS/CITIBANK NA<br>PO BOX 8218<br>MASON, OH 45040-8218 | Pomaikai LLC<br>3004 199TH AVE CT E<br>Lake Tapps, WA 98391-9024 | Pomaikai LLC<br>3004 199th Ave Ct E<br>Bonney Lake, WA 98391-9024 |
| THD/CBNA<br>PO BOX 6497<br>SIOUX FALLS, SD 57117-6497 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | United States Trustee<br>700 Stewart St Ste 5103<br>Seattle, WA 98101-4438 |
| Verizon<br>by AIS InfoSource LP as agent<br>PO Box 4457<br>Houston, TX 77210-4457 | (p)JASON WILSON AGUILAR<br>600 UNIVERSITY ST STE 1300<br>SEATTLE WA 98101-4102 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| U.S. BANK<br>4325 17TH AVE S<br>FARGO, ND 58125 | (d)U.S. Bank National Association<br>Bankruptcy Department<br>PO Box 108<br>Saint Louis MO 63166-0108 | Jason Wilson-Aguilar<br>600 University St #1300<br>Seattle, WA 98101 |
| (d)Jason Wilson-Aguilar<br>600 University St #1300<br>Seattle, WA 98101 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Forrest Moody | (u)United States of America | End of Label Matrix |
| | | Mailable recipients    19 |
| | | Bypassed recipients     2 |
| | | Total                  21 |