Washington Law Group PLLC
Erin Lane  WSBA 42504
16000 Christensen Rd #304B
Tukwila, WA 98188
Phone: (206) 686-6054
Fax    (206) 400-7919

The Honorable Timothy Dore
Chapter 13

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>Melissa Huelsman,<br><br>Debtor. | Case No.: 25-11306<br><br>CHAPTER 13<br><br>DECLARATION OF DEBTOR |

I, Melissa Huelsman, the debtor in the above captioned chapter 13 proceeding declares the following to be true and correct under the penalties of perjury of the State of Washington:

On the morning of July 14, 2026, I was in regular contact with Erin Lane about whether the Court was going to agree to enter the Motion to Approve Sale of Real Property and the Motion to Approve Assignment of the Redemption Rights which had been filed with the Court.

The information that I received was also being conveyed to my realtor and to the prospective buyer of property, Gwyn Staton, and her son Sean who were all aware of the redemption deadline. We all knew that the sale couldn't happen unless the redemption amount was paid on Monday, July 14th. I then learned that the Court wasn't going to consider the matter

DECLARATION OF DEBTOR

WASHINGTON LAW GROUP, PLLC
16000 CHRISTENSEN RD #304B
TUKWILA, WA 98188
TELEPHONE (206) 686.6054 ◆ FAX (206) 400-7919

Case 25-11306-TWD    Doc 58    Filed 07/15/25    Ent. 07/15/25 18:51:35    Pg. 1 of 2

until a hearing on July 16, 2025, and I conveyed that information to everyone involved, including the escrow agents.

Ms. Staton, who is a lawyer herself, indicated she was willing to pay the redemption amount as she already had a cashiers check made out in the correct amount payable to the King County Sheriff's Office. She understands that the sale can't be completed unless the Court approves it. Therefore, I met Sean at the Sheriff's Office in the King County Superior Court Courthouse on Monday afternoon and gave the Sheriff's Office the cashier's check to redeem the property. Of course, if the Court doesn't approve the sale, Ms. Staton will be entitled to a return of her money.

Attached hereto as Exhibit "A" is a true and correct copy of the original receipt, as well as the copy of the receipt that was given to me. The original receipt is easier to read.

Declared to be true and correct this 15th day of July 2025 in King County, WA.

/s/ Melissa Huelsman

Melissa Huelsman, Debtor

WASHINGTON LAW GROUP, PLLC
16000 CHRISTENSEN RD #304B
TUKWILA, WA 98188
TELEPHONE (206) 686.6054 ♦ FAX (206) 400-7919

Case 25-11306-TWD    Doc 58    Filed 07/15/25    Ent. 07/15/25 18:51:35    Pg. 2 of 2