# Cash Receipt

**King County Sheriff's Office, Civil Process Unit**
Seattle, Washington 98104 – 206-263-2600

Receipt # **801376**

Amount Received: $54,907.38

Five hundred forty six thousand nine hundred seven 38/100

☐ Cash  ☒ Check   Check # 080101271   Bank: Wells Fargo

Received from: Melissa Thielsman

Address: 7625 28th Ave SW, Seattle, WA 98126

Date: 7/14/25   Phone: 206-949-9011

Cause #: 23-2-00469-8 SEA   Court: KC Superior

vs Thielsman

Detective: US Bank   #

C. Curris   Detective   #

KCSO D-110 (Rev. 8/14)

Distribution:  White – Cause File   Yellow – Person Paying   Pink – Civil Office

# Cash Receipt

**King County Sheriff's Office, Civil Process Unit**
Seattle, Washington 98104 – 206-263-2600

Receipt # 801376

Amount Received: Fifty hundred forty six thousand nine hundred seven 2/100 — $54,901.38 ~~381~~ /100

☐ Cash  ☒ Check: Check # 0890127 Bank Wells Fargo

Received from: Melissa Thielsmann

Address: 7525 28th Ave SW, Seattle, WA 98126

Date: 7/14/25

Phone: 206 949 9011

Cause #: 23-2-00469-8 SEA   Court: KC Superior   vs Thielsman

Detective: US Bank Ct Cmb #

Distribution: White – Cause File   Yellow – Person Paying   Pink – Civil Office

KCSO D-110 (Rev. 8/14)